**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **LILLIE CLANTON** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:14-1264** |
| | ) | **Magistrate Judge Knowles** |
| **SAM'S EAST, INC.** | ) | |

## O R D E R

This action has been reassigned to the Honorable William J. Haynes, Jr., upon the recusal of the Honorable John T. Nixon (Docket No. 11). The Initial Case Management Conference was held on August 4, 2014, and the Order was entered August 6, 2014 (Docket No. 10). A review of the docket shows no pending motions.

Absent further orders, there will be no further proceedings before the undersigned.

IT IS SO ORDERED.

E. CLIFTON KNOWLES
United States Magistrate Judge